DOLLY M. TROMPETER
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 559-439-9700
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kenneth Edward Ramirez,<br><br>            Plaintiff,<br><br>     vs.<br><br>Kilolo Kijakazi, Acting<br>Commissioner of Social Security,<br><br>            Defendant. | Case No. 1:20-cv-00985-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(ECF No. 20) |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from September 15, 2021 to October 15, 2021, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's second request for an extension of time but first for this task.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week.  Counsel has due two Reply Briefs, two Motions for Summary Judgment, four

Opening Briefs, one Plaintiff's Memorandum, and one Plaintiff's Portion of Joint Submission due the same week.

Counsel has recently received a greater number of Answers and Certified Administrative Records from defendant in cases in this district, and the three other California Districts, each of which require settlement negotiations or merit briefing.  Counsel has a greater than usual number of merit briefs due in September 2021.  Thus, Counsel is requesting an extension into October 2021 to accommodate the number of cases due in September 2021.  Also, Counsel is in the process of increasing support staff to accommodate the increase in the number of cases at the briefing stage.

Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: September 8, 2021     PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Dolly M. Trompeter*
DOLLY M. TROMPETER
Attorneys for Plaintiff

Dated: September 8, 2021     PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:  *\*/s/ Marcelo N. Illarmo*
Marcelo N. Illarmo
Special Assistant United States Attorney
Attorneys for Defendant
(\*As authorized by email on September 8, 2021)

**ORDER**

Based on the above stipulation, IT IS ORDERED that Plaintiff shall serve Defendant with Plaintiff's Opening Brief no later than October 15, 2021. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:   **September 9, 2021**                    /s/ Erica P. Grosjean
                                                                        UNITED STATES MAGISTRATE JUDGE