PHILLIP A. TALBERT
Acting United States Attorney
WILLY LE, TX BN 24046276
Acting Regional Chief Counsel, Region X
Social Security Administration
JUSTIN L. MARTIN, MO BN 62255
Special Assistant United States Attorney
    701 Fifth Avenue
    Suite 2900 M/S 221A
    Seattle, Washington 98104
    Telephone: (206) 615-3735
    Facsimile: (206) 615-2531
    E-Mail: Justin.L.Martin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| KENNETH EDWARD RAMIREZ,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 1:20-cv-00985-EPG<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER<br><br>(ECF No. 26) |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.  On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Acting Commissioner.

1

Respectfully submitted this 5th day of January 2022.

Dated:  January 5, 2022          */s/  Dolly Marlo Trompeter*
                                                     DOLLY MARLO TROMPETER
                                                     Attorney for Plaintiff
                                                     *Authorized via e-mail on January 5, 2022

                                                   PHILLIP A. TALBERT
                                                   Acting United States Attorney
                                                   WILLY LE
                                                   Acting Regional Chief Counsel, Region X
                                                   Social Security Administration

                                    By:  */s/ Justin L. Martin*
                                                   JUSTIN L. MARTIN
                                                   Special Assistant United States Attorney

                                                   Attorneys for Defendant

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (ECF No. 26), and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Acting Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will remand the case to an administrative law judge for a new decision in accordance with the parties' Stipulation. The Clerk of the Court is directed to enter judgment in favor of Plaintiff and against Defendant. IT IS SO ORDERED.

Dated:   **January 6, 2022**                    /s/ Erica P. Grosjean
                                                UNITED STATES MAGISTRATE JUDGE